IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE RAY WILLIAMS                                                                                  PLAINTIFF

v.                                         Case No. 1:25-cv-01047

TAD HUSTMAN, Sheriff Department/Drug
Task Force; JOSH POLLOCK, Sheriff
Department; DERRICK HILL; OFFICER
VORHEES; JAMES SLAUGHTER, Drug
Task Force; and LACY MONDRAGON                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on February 9, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Singleton recommends that the Motion to Dismiss for Failure to Prosecute (ECF No. 28) filed by Separate Defendants Derrick Hill, Tad Hustman, Lacy Mondragon, Josh Pollock, and Officer Vorhees be denied. Judge Singleton found that Plaintiff is attempting to prosecute this matter and that dismissal of his case is not warranted at this time.

Separate Defendants have not objected to the Report and Recommendation, and the time to respond has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 33) *in toto*. Accordingly, the Court finds that Separate Defendants' Motion to Dismiss (ECF No. 28) is hereby **DENIED**.

**IT IS SO ORDERED**, this 6th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge